**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : NO. 535 |
| | : |
| APPOINTMENT TO THE CRIMINAL | : CRIMINAL PROCEDURAL RULES |
| PROCEDURAL RULES COMMITTEE | : |
| | : DOCKET |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2021, the Honorable Garrett D. Page, Montgomery County, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term of five years, commencing January 1, 2022.